TRIAL COURT CASE NO. _____

§       IN THE DISTRICT COURT
§       FILED IN
§       15th COURT OF APPEALS
§       AUSTIN, TEXAS _____ COUNTY, TEXAS
§       4/28/2025 4:51:00 PM
§       CHRISTOPHER A. PRINE JUDICIAL DISTRICT
      Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

     Address of court reporter:_____

Name of attorney on appeal:_____ SB#:_____

     Attorney Address:_____

     Attorney E-Mail Address: _____

     Attorney on appeal (check applicable box):

         ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____ SB#_____

     Attorney Address:_____

     Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____        By:_____(clerk's initials)